# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Raygoza, <br> *Plaintiff* <br> v. <br> Davol, Inc., et al. <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:22-cv-775 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Pursuant to the Order filed 2/2/2023 - Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   2/2/2023

CLERK OF COURT

_Christi M. Wern_____
Signature of Clerk or Deputy Clerk